**Order filed April 17, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00296-CR
_____

## ARCHER LEE EVANS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 350th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 10795-D**

### O R D E R

This appeal has become unduly stalled due to the failure of Appellant's appointed counsel, Landon H. Thompson, to file an appellate brief. The brief was originally due on January 2, 2014. This court granted a motion for extension and extended the briefing deadline to March 3, 2014. By letter dated March 14, 2014, this court directed counsel to file in this court an appellate brief on or before

March 21, 2014. Thompson subsequently notified this court that the brief would be filed on March 24 and later on March 28. We still have not received Appellant's brief. Counsel has ignored this court's directive.

By this order, Landon H. Thompson is ORDERED to file in this court a brief on behalf of Appellant on or before **3:00 p.m. on Tuesday, April 22, 2014**. At that time, Appellant's brief shall have already been e-filed or be present in the portal for the Eleventh Court of Appeals through eFileTexas.gov. If Appellant's brief has not been e-filed by **3:00 p.m. on Tuesday, April 22, 2014**, Landon H. Thompson is ORDERED to appear in person at that time in the courtroom of the Eleventh Court of Appeals at 100 West Main Street in Eastland, Texas, to explain the inordinate delay in the preparation of Appellant's brief.

PER CURIAM


April 17, 2014

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.